**Walter HILDEBRAND, Libelant-Appellant-Appellee,**

v.

**UNITED STATES of America, Respondent-Appellee-Appellant.**

**No. 242, Docket 23367.**

United States Court of Appeals, Second Circuit.

Argued April 20, 1955.

Decided July 27, 1955.

clearly erroneous. And under our recent holding in *Poignant v. United States*, 225 F.2d 595, it is of no moment that the unseaworthy condition causing the harm may have arisen after the voyage commenced.

■■ Both libelant and respondent, by appeal and cross-appeal, complain of the trial judge's award of damages. But the findings on the issue of damages are also ones of fact, *Lukmanis v. United States*, 2 Cir., 208 F.2d 260, which we cannot disregard unless we are satisfied that they are clearly erroneous, *Pedersen v. United States*, 2 Cir., 224 F.2d 212 (decided June 9, 1955). Quite clearly, the award here may not be so characterized.

Affirmed as to both appeals.

Sterling & Schwartz, New York City, for libelant-appellant-appellee; Marvin Schwartz, New York City, of counsel.

J. Edward Lumbard, Jr., U. S. Atty., New York City, for respondent-appellee-appellant; Tompkins, Boal & Tompkins, Arthur M. Boal, New York City, of counsel.

Before FRANK, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

■■ As to the issues of unseaworthiness and contributory negligence, raised by the respondent's cross-appeal, we affirm on Judge Dawson's findings and opinion. 134 F.Supp. 514. The findings which the respondent attacks are not